Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 500
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant John Young

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-0144 JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | DEFENDANT YOUNG'S |
| | ) | WAIVER OF APPEARANCE |
| v. | ) | . |
| | ) | |
| JOHN YOUNG, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     Pursuant to **Rule 43 and Rule 10 of the Federal Rules of Criminal Procedure**, the defendant, John Young, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including arraignment, when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other action is taken by the Court before or after trial, except upon trial, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, Philip Cozens, the same as if defendant were

1  personally present; and further agrees to be present in person in court ready for trial on
2  any day which the Court may fix in his absence.

3  Defendant further acknowledges that he has been informed of his rights under
4  Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times
5  and delays under the Act without defendant being present.

7  DATED: October 12, 2013

        /s/
        JOHN YOUNG
        Defendant

13  DATED: October 12, 2013

        /s/
        PHILIP COZENS
        Attorney for Defendant
        JOHN YOUNG

21  IT IS SO ORDERED

23  DATED: 10/15/2013        /s/ John A. Mendez
        John A. Mendez
        U.S. District Court Judge